**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6780**

_____

JEFFREY A. PLEASANT,

Petitioner - Appellant,

v.

M. STARR, Warden, Hazelton Complex; K. HOOVE, Warden, FCI Hazelton,

Respondents - Appellees.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:25-cv-00027-JPB)

_____

Submitted:  January 22, 2026                    Decided:  January 29, 2026

_____

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jeffrey A. Pleasant, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey A. Pleasant, a federal prisoner, appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 petition and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Pleasant v. Starr*, No. 5:25-cv-00027-JPB (N.D. W. Va. Aug. 5, 2025; Aug. 27, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*